IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:24-CR-12-FL-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| VICTORIA MICHELLE CYREN | ) | |
| CLARKE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for relief and enforcement of judgment and commitment recommendations (DE 187). The court lacks jurisdiction to direct the Federal Bureau of Prisons to transfer defendant or otherwise comply with the recommendations in the judgment. The recommendations in the judgment are not binding on the Federal Bureau of Prisons. And while the court commends defendant for completing the residential drug abuse program, that fact does not standing alone justify a sentence reduction. See 18 U.S.C. § 3582(c)(1)(A); U.S.S.G. § 1B1.13. Accordingly, the instant motion is DISMISSED without prejudice in part and DENIED in part.

SO ORDERED, this the 13th day of April, 2026.

_____
LOUISE W. FLANAGAN
United States District Judge